UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-66-H

TRINA LYNN WEBB                                                              PLAINTIFF

V.

BOB SMITH CHEVROLET, INC., et al.                              DEFENDANTS

**MEMORANDUM AND ORDER**

Defendant has filed a motion for summary judgment based on Plaintiff's failure to disclose this claim in her Chapter 7 bankruptcy proceeding.  As such, the motion raises questions of standing rather than substantive defects as to the pending claim.  It is within the Court's discretion whether to decide this issue on the eve of trial.

Defendant's pleading is filed outside the time provided for dispositive motions. Defendant undoubtedly had knowledge of the facts supporting this motion well within the allowable time and, for some reason, choose not to raise these issues along with its previously filed dispositive motions.  It is an unfair burden for Plaintiff to respond within a time so close to trial.  This is particularly so since Plaintiff has already responded to one dispositive motion filed within the allotted time.  Moreover the Court will have little time to research and resolve this issue prior to trial.  Thus, the consequence of the last minute motion is an unfairness to Plaintiff and, possibly, the Court.

To be sure, the circumstances are not without inconvenience to Defendant and some potential unfairness should the Court ultimately decide the standing issue favorably to it.

Nevertheless, it would be more unfair to delay the trial due to a last minute motion.  For these reasons, the Court will deny the motion at this time; but shall allow Defendant the opportunity to resubmit the motion without any prejudice as part of a post-trial motion.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment on the issue of standing is DENIED at this time without prejudice for resubmittal after trial.

cc:      Counsel of Record